UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **2:24-cv-04617-CBM (DTB)**                           Date: **August 21, 2025**

Title: **Misbah Kazi v. John Doe, et al.**
==============================================================
**DOCKET ENTRY**
==============================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                                          None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On July 14, 2025 the Court issued an Order Granting Motion to Dismiss First Amended Complaint With Leave to Amend ("Order"). (Docket No. 18). In its Order, the Court granted Defendant V. Hetrick's Motion to Dismiss. Plaintiff's claims in the First Amended Complaint against Defendant Hetrick were dismissed without prejudice and with leave to amend. Plaintiff was ordered, if he still desired to pursue his claims, to file a Second Amended Complaint within thirty (30) days of the Order.

As of this date, Plaintiff has failed to serve and file a Second Amended Complaint. Accordingly, Plaintiff is ordered to show cause, in writing, no later than **September 22, 2025,** why this action should not be dismissed, without prejudice, for failure to prosecute.

This Order to Show Cause will be discharged upon the filing of a Second Amended Complaint. If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

Plaintiff is warned that a failure to timely respond to this Order to Show Cause will result in a recommendation that this action be dismissed, without prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.

**IT IS SO ORDERED.**

MINUTES FORM 11                                                                 Initials of Deputy Clerk  RAM
CIVIL-GEN