JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MISBAH KAZI,

                    Plaintiff,

          v.

JOHN DOE, et al,

                    Defendants.

Case No. 2:24-cv-04617-CBM (DTB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: 12/24/25

CONSUELO B. MARSHALL
United States District Judge

1